IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW U. D. STRAW, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14 C 1420 |
| JOHN F. KLOECKER, and LOCKE LORD LLP, | ) |
| Defendants. | ) |

## SUPPLEMENT TO OCTOBER 4, 2017 MEMORANDUM OPINION AND ORDER

Immediately before the Conclusion section of this Court's October 4 Memorandum Opinion and Order (the "Opinion"), this Court addressed the "Affidavit To Support Recusal Under 28 U.S.C. §144" filed on September 28 by pro se plaintiff Andrew Straw ("Straw"). Although for convenience the discussion in the Opinion at its pages 6 and 7 employed a shorthand reference to that filing as the "Recusal Motion," this Court's review of the case docket has revealed that the Clerk's Office did not treat that filing as a pending motion (see Dkt. No. 39).

Nonetheless it is exceedingly plain that the assertions made by Straw in that filing are, as the Opinion concluded at page 7, "totally irrational." Accordingly, to complete the record, this supplement to the Opinion confirms that this Court has rejected the proposed recusal.

_____
Milton I. Shadur
Senior United States District Judge

Dated: October 5, 2017