# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ANDREW U. D. STRAW**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14 C 1420 |
| **JOHN F. KLOECKER**, and **LOCKE LORD LLP**, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On October 16, 2017 pro se plaintiff Andrew Straw ("Straw") continued his personal ad hominem and vitriolic attacks on this Court by filing an "Affidavit #2 To Support Recusal Under 28 U.S.C. §144" (Dkt. No. 42). But on the very next day (October 17), when this Court received a copy of that Affidavit and was preparing to issue a memorandum order addressing it, a copy of the Executive Committee Order (the "Order") filed on that same October 17 date was received in this Court's chambers. That Order added Straw to the restricted filer group maintained by the Executive Committee, and in part the Order enjoined Straw from filing documents in this Case No. 14 C 1420 without first obtaining leave from the Executive Committee by way of procedures set out in the Order.

As the Order reflects, this is not the only litigation in which Straw has run afoul of the requirements of professional practice by lawyers (though he has acted pro se in this action, Straw is still admitted to practice in Illinois (although his right to practice in Indiana has been suspended). In light of the Order, even though Straw cannot of course be held in contempt of the Executive Committee for his October 16 filing in light of the timing involved, it appears to this

Court that the most sensible handling of the matter in the first instance is to transmit copies of Dkt. No. 42 and of this memorandum order to the Executive Committee so that it may determine what action is appropriate. This Court does so.

Milton I. Shadur
Senior United States District Judge

Dated: October 20, 2017

Court that the most sensible handling of the matter in the first instance is to transmit copies of Dkt. No. 42 and of this memorandum order to the Executive Committee so that it may determine what action is appropriate. This Court does so.

Milton I. Shadur
Senior United States District Judge

Dated: October 20, 2017